UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-82208-CV-MIDDLEBROOKS

STEVEN LEVINE,

    Plaintiff,

v.

COOL BEAR SERVICES, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal with Prejudice, filed on June 29, 2021. (DE 25). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) Any pending motions are **DENIED AS MOOT.**

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of June, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record